IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ~~MARY DANIELS, INDIVIDUALLY~~ AND IN HER CAPACITY AS HEIR OF THE ESTATE OF THEODORE SCHMERBER, *Plaintiff*, | § § § § § § § |
| V. | § § CIVIL ACTION NO. 2:~~07~~CV227J  2:08-CV-201 |
| JERAMIAH SMITH AND DARON SANDERS, *Defendants*. | § § § § |

## AGREED NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to the FEDERAL RULES OF CIVIL PROCEDURE, Plaintiff Mary Daniels, mother of the deceased and one of only two heirs at law to the estate of Theodore Schmerber gives notice that she is hereby dismissing with prejudice all claims asserted against Defendants Smith, Sanders, Rhodeen, Anderson, the Texas Department of Criminal Justice, any employees of TDCJ, whether named or unnamed and officers, and board and board members of TDCJ. Theodore J. Schmerber, father of the deceased and the only remaining heir at law to the estate of Theodore J. Schmerber is in agreement with Plaintiff's dismissal.

Respectfully submitted,

_____ 1/19/09  
MARY DANIELS   Date Signed  
Plaintiff

_____ 1/19/09  
JEFF EDWARDS   Date Signed  
Attorney for Plaintiff

_____  
THEODORE J. SCHMERBER  
Father of the deceased Theodore Schmerber

_____ 2-3-09  
SETH DENNIS  
Attorney for B. W. Rhodeen

_____ 2/3/09  
H. J. LILLER  
Attorney for James Anderson

_____  
SUSAN WERNER  
Attorney for Defendants Smith and Sanders

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| MARY DANIELS, INDIVIDUALLY § <br> AND IN HER CAPACITY AS § <br> HEIR OF THE ESTATE OF § <br> THEODORE SCHMERBER, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> JERAMIAH SMITH AND § <br> DARON SANDERS, § <br> Defendants. § | 2:08-CV-201 <br><br> CIVIL ACTION NO. 2:07CV227J |

### AGREED NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to the FEDERAL RULES OF CIVIL PROCEDURE, Plaintiff Mary Daniels, mother of the deceased and one of only two heirs at law to the estate of Theodore Schmerber gives notice that she is hereby dismissing with prejudice all claims asserted against Defendants Smith, Sanders, Rhodeen, Anderson, the Texas Department of Criminal Justice, any employees of TDCJ, whether named or unnamed and officers, and board and board members of TDCJ. Theodore J. Schmerber, father of the deceased and the only remaining heir at law to the estate of Theodore J. Schmerber is in agreement with Plaintiff's dismissal.

Respectfully submitted,

| MARY DANIELS    Date Signed | JEFF EDWARDS    Date Signed |
|---|---|
| Plaintiff | Attorney for Plaintiff |
| *Theodore A. Schmerber* | _____ 2-5-09 |
| THEODORE J. SCHMERBER | SETH DENNIS |
| Father of the deceased Theodore Schmerber | Attorney for B. W. Rhodeen |
| _____ 2/3/09 | _____ |
| H. J. LILLER | SUSAN WERNER |
| Attorney for James Anderson | Attorney for Defendants Smith and Sanders |

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

C. ANDREW WEBER
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Civil Litigation

DAVID A. TALBOT, JR.
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ Susan E. Werner
SUSAN E. WERNER
Assistant Attorney General
Attorney-in-Charge
State Bar No. 21190350

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 / Fax No. (512) 495-9139

**ATTORNEYS FOR THE DEFENDANT**

## NOTICE OF ELECTRONIC FILING

I, SUSAN E. WERNER, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above an foregoing in accordance with the Electronic Case Files system of the Northern District of Texas, on this the 9th day of February, 2006.

/s/ Susan E. Werner
SUSAN E. WERNER
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, SUSAN E. WERNER, Assistant Attorney General of Texas, do hereby certify that true and correct of the above and foregoing **Agreed Notice of Dismissal with Prejudice**, has been served by placing same in the United States mail, certified return receipt requested, postage prepaid, on this 9th day of February, 2009, addressed to:

Jeff Edwards  
EVANS EDWARDS LLP  
4407 Bee Caves Road, Suite 611  
Austin, Texas 78746  
*Attorney for Plaintiff*

*Via CM/RRR 7004 2510 0004 1673 0622*

/s/ Susan E. Werner  
SUSAN E. WERNER  
Assistant Attorney General